# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  SANDRA D. COLEMAN                                          Case Number: 04-75345
        412 BANCROFT, #5
        ROCKFORD, IL  61107                SSN-xxx-xx-0891

|  |  |
|---|---|
| Case filed on: | 10/26/2004 |
| Plan Confirmed on: | 1/7/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,838.02                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | SANDRA D. COLEMAN | 0.00 | 0.00 | 138.02 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 138.02 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMERICAN GENERAL FINANCE | 5,364.78 | 5,364.78 | 548.51 | 0.00 |
| 002 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | DELL FINANCIAL | 1,293.60 | 1,293.60 | 132.26 | 0.00 |
| 005 | MEMBER SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ILLINOIS STUDENT ASSISTANCE COMM | 3,286.32 | 3,286.32 | 336.00 | 0.00 |
| 010 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SWEDISH AMERICAN MEDICAL GROUP | 563.38 | 563.38 | 57.60 | 0.00 |
| 013 | WORLD FINANCIAL NETWORK NATIONAL BANK | 645.25 | 645.25 | 65.98 | 0.00 |
| 014 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 226.37 | 226.37 | 23.14 | 0.00 |
|  | Total Unsecured | 11,379.70 | 11,379.70 | 1,163.49 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 12,743.70 | 12,743.70 | 2,665.51 | 0.00 |

| | |
|---|---|
| Total Paid Claimant: | $2,665.51 |
| Trustee Allowance: | $172.51 |
| Percent Paid Unsecured: | 10.22 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                        /s/ Lydia S. Meyer
                        Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 03/26/2008                    By   /s/Heather M. Fagan